IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr002-SRW |
| | ) |
| ASHLEY A. AMMONS | ) |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

Notice is hereby given of the appearance of Thomas M. Goggans as co-counsel for Defendant Ashley A. Ammons.

    **s/ Thomas M. Goggans**
    Ala. S.J.I.S. GOG001
    2030 East Second Street
    Montgomery AL 36106
    PH: 334.834.2511
    FX: 334.834.2512
    e-mail: tgoggans@tgoggans.com

    Attorney for Defendant
    Ashley A. Ammons

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of March, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such to each of the following: **Kent B. Brunson, Neal B. Frazier.**

    **s/ Thomas M. Goggans**
    Ala. S.J.I.S. GOG001
    2030 East Second Street
    Montgomery AL 36106
    PH: 334.834.2511
    FX: 334.834.2512
    e-mail: tgoggans@tgoggans.com

    Attorney for Defendant
    Ashley A. Ammons