| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 7, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 10:26 - 10:30** |

√ **ARRAIGNMENT**    ❒ **CHANGE OF PLEA**    ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**    ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr002-W    **DEFENDANT NAME:** Ashley A. Ammons
**AUSA:** Neal Frazier    **DEFENDANT ATTORNEY:** Thomas Goggans

Type counsel ( )Waived; ( √ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

❒ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.

❒ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❒ **WAIVER OF INDICTMENT** executed and filed.

❒ **INFORMATION** filed.

❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ **Not Guilty**
    ❒ Guilty as to:
        ❒ Count(s):
        ❒ Count(s):    ❒ dismissed on oral motion of USA
        ❒ to be dismissed at sentencing

❒ Written plea agreement filed    ❒ **ORDERED SEALED**

❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count

√ **MISDEMEANOR CRIMINAL TERM:**    5/15/06    ❒ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE: 3/7/06**

❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
    ❒ Trial on _____; ❒ Sentencing on _____

❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❒ Trial on _____; or ❒ Sentencing on _____

❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
        ❒ Defendant requests time to secure new counsel