IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:06CR02-SWR |
| | ) | |
| ASHLEY A. AMMONS | ) | |

**MOTION TO CONTINUE**

Comes now Ashley A. Ammons, by and through counsel, and shows as follows:

1. Ms. Ammons is an eighteen year old charged under 18 U.S. C. § 641 with shoplifting cologne and a perfume stick with a total value of $55.00 from the commissary at Maxwell Air Force Base.

2. Ms. Ammons has requested that the prosecution consider her for pre-trial diversion.

3. Additional time is needed for the various involved prosecution parties to process Ms. Ammons' request for pre-trial diversion. It is the understanding of the undersigned counsel that the process may not be completed by the current trial setting of May 15, 2006.

4. The undersigned counsel has discussed this matter with Special Assistant United States Attorney Neal B. Frazier, one of the opposing counsel in this matter. Captain Frazier has no opposition to continuing the trial setting in this matter so that Ms. Ammons' request for pre-trial diversion can be properly processed.

5. Ms. Ammons, who resides in Selma, Alabama, will file a waiver of speedy trial in the next few business days.

2

WHEREFORE, Ashley A. Ammons moves this Court to continue the trial of this case to the July 17, 2006 trial term.

                                                    **s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Ashley A. Ammons

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of May, 2006 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such to **Kent B. Brunson** and **Neal B. Frazier**.

> s/ Thomas M. Goggans
> Ala. S.J.I.S. GOG001
> 2030 East Second Street
> Montgomery AL 36106
> PH: 334.834.2511
> FX: 334.834.2512
>
> Attorney for Defendant
> Ahsley A. Ammons