IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO. 2:06CR02-SWR |
| | ) | |
| ASHLEY A. AMMONS | ) | |

## WAIVER OF RIGHT TO SPPEDY TRIAL

The Defendant, Ashely A. Ammons, after first being advised of her right to a

speedy trial as guaranteed her by the Sixth Amendment to the United States Constitution

and the implementation of said right in 18 U.S.C. § 3161, hereby waives her right to a

speedy trial as to the May 15, 2006 trial term and requests that this case be re-set for the

July 17, 2006 trial term.

Ashley A. Ammons

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Ashley A. Ammons

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 8th day of May, 2006  electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such to **Kent B. Brunson** and **Neal B. Frazier**.

s/ Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Ahsley A. Ammons