IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06CR02-SWR |
| | ) |
| ASHLEY A. AMMONS | ) |

**MOTION TO CONTINUE**

Comes now Ashley A. Ammons, by and through counsel, and shows as follows:

1. Ms. Ammons is a nineteen year old charged under 18 U.S. C. § 641 with shoplifting cologne and a perfume stick with a total value of $55.00 from the commissary at Maxwell Air Force Base.

2. Ms. Ammons requested that the prosecution consider her for pre-trial diversion. Both prosecutors' offices have cleared that request. Ms. Ammons met with a United States probation officer on July 18, 2006.

3. Additional time is still needed for Ms. Ammons' pre-trial diversion process to be finalized.

4. The undersigned counsel has discussed this matter with Neal B. Frazier, one of the opposing counsel in this matter. Captain Frazier has no opposition to continuing the trial setting in this matter so that Ms. Ammons' request for pre-trial diversion can be properly processed.

5. Ms. Ammons, who resides in Selma, Alabama, will file a waiver of speedy trial in the next few business days.

2

  WHEREFORE, Ashley A. Ammons moves this Court to continue the trial of this case to the next trial term.

                 **s/ Thomas M. Goggans**
                 Ala. S.J.I.S. GOG001
                 2030 East Second Street
                 Montgomery AL 36106
                 PH: 334.834.2511
                 FX: 334.834.2512

                 Attorney for Defendant
                 Ashley A. Ammons

CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 6th day of September, 2006 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such to **Kent B. Brunson** and **Neal B. Frazier**.

      s/ Thomas M. Goggans
      Ala. S.J.I.S. GOG001
      2030 East Second Street
      Montgomery AL 36106
      PH: 334.834.2511
      FX: 334.834.2512

      Attorney for Defendant
      Ashley A. Ammons