IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06CR02-SWR |
| | ) |
| ASHLEY A. AMMONS | ) |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

The Defendant, Ashely A. Ammons, after first being advised of her right to a speedy trial as guaranteed her by the Sixth Amendment to the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives her right to a speedy trial as to the September 11, 2006 trial term and requests that this case be re-set for the November 6, 2006 trial term.

Ashley A. Ammons

s/ Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Ashley A. Ammons

1

CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 7th day of September, 2006 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such to **Kent B. Brunson** and **Neal B. Frazier**.

                                          s/ Thomas M. Goggans
                                          Ala. S.J.I.S. GOG001
                                          2030 East Second Street
                                          Montgomery AL 36106
                                          PH: 334.834.2511
                                          FX: 334.834.2512

                                          Attorney for Defendant
                                          Ashley A. Ammons