IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-2-SRW |
| | ) | |
| ASHLEY A. AMMONS | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Information as to Ashley A. Ammons heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE, this 2nd day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

DISMISSAL OF INFORMATION

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Information heretofore filed in the above styled cause as to Ashley A. Ammons.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
kent.brunson@usdoj.gov